IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICTOR SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | 8:23–CV–139<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL |

This case is before the Court on the parties' Joint Stipulation of Dismissal, signed by counsel for all parties. Filing 33. The parties stipulate to dismissal of this action with prejudice and without costs or disbursements to any of the parties. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal, Filing 33, is granted. This case is dismissed with prejudice and without costs or disbursements to any of the parties.

Dated this 11th day of March, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge